# IN THE SUPREME COURT OF THE STATE OF NEVADA

VTB HOLDINGS, INC.; STRIPES GROUP, LLC; SG VTB HOLDINGS, LLC; KENNETH POTASHNER; ELWOOD NORRIS; SETH PUTTERMAN; ROBERT KAPLAN; ANDREW WOLFE; AND JAMES HONORE,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE ELIZABETH GOFF GONZALEZ,
Respondents,
and
GRANT OAKES; KEARNEY IRRV TRUST, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; AND DERIVATIVE PLAINTIFF LANCE MYKITA,
Real Parties in Interest.

No. 75608



FILED

JUN 15 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This petition for a writ of mandamus or prohibition challenges a district court order denying a motion to dismiss in a corporations action. Having considered the petition and appendix filed in this matter, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991); *see* NRAP 21(b)(1); *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997) (stating that this court

18-22872

only rarely considers writ petitions denying motions to dismiss or motions for summary judgment). In particular, petitioner may raise the issues identified in the writ petition in any appeal from an adverse final order. *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008) (stating that an appeal is generally an adequate and speedy legal remedy precluding writ relief). Accordingly, we

ORDER the petition DENIED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:    Hon. Elizabeth Goff Gonzalez, Chief Judge
       Dechert LLP/New York
       Holland & Hart LLP/Las Vegas
       Sheppard, Mullin, Richter, & Hamilton LLP
       Dechert LLP/San Francisco
       Snell & Wilmer, LLP/Las Vegas
       Saxena White PA
       Robbins Geller Rudman & Dowd, LLP
       O'Mara Law Firm, P.C.
       Albright Stoddard Warnick & Albright
       Eighth District Court Clerk